[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16375
Non-Argument Calendar
_____

D.C. Docket No. 2:16-cr-00087-UA-MRM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUSTIN HOLIFIELD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(March 30, 2017)

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Justin Holifield in this direct criminal appeal from the revocation of his supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Holifield's revocation and sentence are **AFFIRMED**.